## No. 9167.

SEILER, ET AL. *v.* THE FARMERS' LIFE INSURANCE CO., ET AL.

Decided July 2, 1917.   Rehearing denied October 8, 1917.
*Affirmed.*

*On Application for Supersedeas.*

*Error to the District Court of Delta County, Hon. Thomas J. Black, Judge.*

Messrs. QUAINTANCE, KING & QUAINTANCE, for plaintiffs in error.

Mr. E. M. SABIN, for defendants in error.

*En banc.*

MR. JUSTICE HILL delivered the opinion of the court.

Upon a careful inspection of this record and a thorough consideration of the briefs in connection therewith, we are

of opinion, not only that no prejudicial error has been committed, but that substantial justice will follow the enforcement of the decree. For these reasons, the application for supersedeas will be denied and the judgment affirmed.

Mr. Justice Allen not participating.